No. 74–95. NEW YORK *v.* GOGGINS; and

No. 74–5137. BROWN *v.* NEW YORK. Ct. App. N. Y. Motion of respondent in No. 74–95 for leave to proceed

*in forma pauperis* granted. Certiorari denied. Reported below: 34 N. Y. 2d 163, 313 N. E. 2d 41.